# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ALICE MARIE LACKEY | § | |
| | § | |
| V. | § | CASE NO. 4:11-CV-620 |
| | § | Judge Schneider/Judge Mazzant |
| RELIANCE MORTGAGE COMPANY, | § | |
| INC., ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 28, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Federal National Mortgage Association (improperly sued as Federal National Mortgage Association a/k/a Fannie Mae) and Bank of America, N.A.'s Motion to Dismiss (Dkt. #6) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants Federal National Mortgage Association (improperly sued as Federal National Mortgage Association a/k/a Fannie Mae) and Bank of America, N.A.'s Motion to Dismiss (Dkt. #6) is **GRANTED** and all claims are DISMISSED with prejudice.

It is further **ORDERED** that Everett L. Anschutz and Reliance Mortgage Company, Inc. are DISMISSED without prejudice.

**It is SO ORDERED.**

**SIGNED this 18th day of November, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE